AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| United States of America ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 21 MJ 64 |
| Thomas Fee ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Thomas Fee

Date:   01/19/2021

/S/
*Attorney's signature*

Dennis J. Ring
*Printed name and bar number*
148-29 Cross Island Parkway
Whitestone, NY 11357

*Address*

DennisRingLaw@gmail.com
*E-mail address*

(718) 357-1040
*Telephone number*

(718) 357-4926
*FAX number*